IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSIAH TUTTLE,            No. 2:22-cv-01022-HL

        Plaintiff,            ORDER

   v.

SAINT ALPHONSUS MEDICAL CENTER,

        Defendant.

HERNÁNDEZ, District Judge:

     Magistrate Judge Hallman issued a Findings and Recommendation on February 16, 2023, in which he recommends that the Court dismiss Plaintiff's complaint without prejudice. F&R, ECF 9. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

     Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Hallman's Findings and Recommendation [9]. Accordingly, Plaintiff's Complaint [1] is dismissed without prejudice.

IT IS SO ORDERED.

DATED: ___March 14, 2023___.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER